LIVINGSTON v. CITY OF CHARLOTTE

No. 342P84.

Case below: 68 N.C. App. 265.

Motion by defendants to dismiss plaintiffs' petition for discretionary review under G.S. 7A-31 as untimely allowed 6 July 1984. Petition by plaintiffs for writ of certiorari to North Carolina Court of Appeals denied 6 July 1984.

MANUEL v. GATTIS

No. 20P84.

Case below: 65 N.C. App. 622.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 July 1984.

METRO. SEWERAGE DIST. OF BUNCOMBE CO.
v. TRUEBLOOD

No. 154P84.

Case below: 64 N.C. App. 690.

Petition by defendants Trueblood for writ of certiorari to North Carolina Court of Appeals denied 6 July 1984.

MILLIKEN & CO. v. GRIFFIN

No. 34P84.

Case below: 65 N.C. App. 492.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 July 1984.

MILLS v. BARBER-SCOTIA COLLEGE

No. 223P84.

Case below: 67 N.C. App. 562.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 July 1984.